# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PAUL DANIELS,<br><br>Defendant. | C.A. No. 25-_____<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Paul Daniels ("Defendant" or "Mr. Daniels") removes this action from the Court of Chancery of the State of Delaware to this Court. This is a civil action over which this Court has original jurisdiction and the matter is properly removed for these reasons:

1. On January 9, 2025, Plaintiff, Princeton Carbonworks Inc. filed a Verified Complaint in the Court of Chancery of the State of Delaware in a civil action captioned: *Princeton Carbonworks Inc. v. Paul Daniels*, Case No. 2025-0028-PAF (the "Chancery Action").

2. According to the Complaint in the Chancery Action, Plaintiff, Princeton Carbonworks, Inc., is a Delaware corporation. (**Exhibit 1**, Complaint, ¶ 3).

3. According to documents filed in the Chancery Action, Defendant, Mr. Paul Daniels, is an individual who is a resident of Pennsylvania. (**Exhibit 1** at 1).

4. In the Chancery Action, Plaintiff asserts civil causes of action against Mr. Daniels for declaratory judgment and attorney fees and costs. Plaintiff requests declaratory relief assigning a $173,000 value to shares Mr. Daniels owns in a Florida corporation. (**Exhibit 1**,

Complaint, ¶¶ 22-43).

5.  This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a), because Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum or value of $75,000.

6.  This action is removable under 28 U.S.C. § 1441(a), because this Court has original jurisdiction over this civil action.

7.  Removal is timely pursuant to 28 U.S.C. § 1446(b) because the Complaint was filed on January 9, 2025, and the notice of removal was filed within 30 days.

8.  Venue is proper in the District of Delaware under 28 U.S.C. § 1441(a) because this Court is the district court of the United States for the district and division embracing the State of Delaware, which is the place where the Chancery Action is pending.

9.  Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit 1** are true and correct copies of all process, pleadings, and orders served upon Defendant in the Chancery Action. At the time of filing of this Notice, the only documents purportedly served on Defendant are found on the public docket as the Exhibit to Docket Item #7. (Case No. 2025-0028-PAF, Transaction ID: 75547508, Jan. 30, 2025).

10. A copy of the Notice of Removal will be filed with the Prothonotary of the Court of Chancery of the State of Delaware as required by 28 U.S.C. § 1446(d).

11. Written notice of the Notice of Removal will also be given to all adverse parties as required by 28 U.S.C. § 1446(d).

12. Defendant files this Notice of Removal solely for the purpose of removing the Chancery Action and does not waive, and specifically reserves, any and all defenses.

13. Accordingly, this action is hereby removed to the United States District Court for

the District Delaware pursuant to 28 U.S.C. § 1332.

Dated: January 31, 2025

          **SMITH, KATZENSTEIN & JENKINS LLP**

          */s/ Daniel A. Taylor*
          David A. Jenkins (No. 932)
          Daniel A. Taylor (No. 6934)
          1000 West Street, Suite 1501
          Wilmington, DE 19801
          (302) 652-8400
          daj@skjlaw.com
          dat@skjlaw.com

          *Attorneys for Defendant Paul Daniels*