# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>PAUL DANIELS,<br><br>   Defendant. | C.A. No. 25-131-UNA<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Paul Daniels certifies that Mr. Daniels is an individual who is a citizen of the Commonwealth of Pennsylvania.

Dated: January 31, 2025

                **SMITH, KATZENSTEIN & JENKINS LLP**

                <u>/s/ Daniel A. Taylor</u>
                David A. Jenkins (No. 932)
                Daniel A. Taylor (No. 6934)
                1000 West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                daj@skjlaw.com
                dat@skjlaw.com

                *Attorneys for Defendant Paul Daniels*