# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL DANIELS, <br><br> Defendant. | Case No. 25-00131-UNA <br><br> **JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE STATEMENT OF PRINCETON CARBONWORKS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Princeton Carbonworks, Inc. certifies that there is no corporate parent or affiliate of Plaintiff, and there is no public company owning more than 10% of Plaintiff's stock.

February 7, 2025

**LEWIS BRISBOIS**
   **BISGAARD & SMITH, LLP**

 */s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (No. 2624)
Aimee M. Czachorowski (No. 4670)
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
T. (302) 985-6000
F. (302) 985-6001
E. francis.pileggi@lewisbrisbois.com
    aimee.czachorowski@lewisbrisbois.com

*Counsel to Princeton Carbonworks, Inc.*

152278538.1