# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>   Plaintiff,<br><br> v.<br><br>PAUL DANIELS,<br><br>   Defendant. | C.A. No. 25-0131-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brian S. Dervishi of WEISSMAN & DERVISHI, PA, One Southeast 3rd Avenue, Suite 1700, Miami, FL 33131 to represent Defendant Paul Daniels in the above-captioned matter.

Dated: February 21, 2025

                **SMITH, KATZENSTEIN & JENKINS LLP**

                */s/ Daniel A. Taylor*
                David A. Jenkins (No. 932)
                Daniel A. Taylor (No. 6934)
                1000 West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                daj@skjlaw.com
                dtaylor@skjlaw.com

                *Attorneys for Defendant Paul Daniels*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* of Brian S. Dervishi is GRANTED.

Dated: February__, 2025

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 21, 2025

*/s/ Brian S. Dervishi*
Brian S. Dervishi
**WEISSMAN & DERVISHI, PA**
One Southeast 3rd Avenue, Suite 1700
Miami, FL 33131
(305) 347-4072
brian@wdpalaw.com