IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL DANIELS,<br><br>　　　　Defendant. | C.A. No. 25-131-RGA<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF BRIAN S. DERVISHI

I, Brian S. Dervishi, declare:

1.　　I am over 18 years of age and am an attorney at the law firm of Weissman & Dervishi, P.A. in Miami, Florida. I am a member in good standing of the bar of the State of Florida. I represent Paul Daniels, defendant in the above-captioned matter.

2.　　I have personal knowledge of the facts set forth herein to provide the Court with information in support of Mr. Daniels' Motion to Dismiss or Transfer.

3.　　Attached as **Exhibit A** is a docket-stamped copy of the complaint in the matter *Daniels v. Crotty et al.*, Case No. 1:25-cv-20137-DPG (S.D. Fl.), filed on January 9, 2025.

4.　　Attached as **Exhibit B** is a true and correct copy of correspondence between counsel for Princeton CarbonWorks, Inc. and me in early January, 2025.

5.　　Attached to **Exhibit B** at B-1 is a true and correct copy of an email I received from counsel for Princeton CarbonWorks, Inc. on January 3, 2025, inviting further settlement discussions.

6.　　Attached to **Exhibit B** at B-2 is a copy of an email and letter that I sent to the opposing parties and counsel for PCW-FL on January 7, 2025. Attached to that letter was a draft

of the complaint ultimately filed in the Southern District of Florida and attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2025.

                                                                                                   /s/ *Brian S. Dervishi*
                                                                                                   Brian S. Dervishi