# EXHIBIT B

# EXHIBIT B-1

| | |
|---|---|
| From: | Platner, Michael |
| To: | Brian S. Dervishi |
| Cc: | Joyce, Ken |
| Subject: | Paul Daniels |
| Date: | Friday, January 3, 2025 1:10:19 PM |

Hello Brian , Happy New Year !

Are you still representing Mr. Daniels ? I understand he is telling others that he is filing a complaint against PCW .
Obviously since we were unable to have a meaningful discussion
about Mr Daniels claims and how he would propose to settle them I am simply reaching out to
remind him that we are wiling to engage in confidential settlement discussions as well as
court process if need be regarding his share liquidation . While we are fully prepared to litigate, it's only likely to reduce his
ultimate outcome and take lots of time and fees so our practical approach is to try to find a business solution .

Please let me know if you would like to discuss this Monday . I find that clients often regret litigation after they start it since as you and I both know
it's the least effective way to solve a busiensss dispute . Of course our client would prefer to also avoid that wasteful exercise but is more than ready to
engage and go the distance .

Best ,
Michael

# Michael G. Platner

**Chairman, National Business, Corporate and Securities Practices**
**Managing Partner, Fort Lauderdale**

http://lewisbrisbois.com/attorneys/platner-michael-g

Michael.Platner@lewisbrisbois.com

Member Fl, Ga, Ny Bar

**110 S.E. 6th Street, Suite 2600**
**Ft. Lauderdale, FL 33301**
T: **954.828.0350**  F: **954.728.1282**
M: **954.683.9696**

**Sent from my mobile device , so please excuse typos and odd automated word substitutions .**

**Representing clients from coast to coast. View our nationwide locations at www.lewisbrisbois.com.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# EXHIBIT B-2

| | |
|---|---|
| **From:** | Brian S. Dervishi |
| **To:** | mcrotty@princetoncarbon.com; martycrotty@gmail.com; mmcrotty@princeton.edu; harrison@princetoncarbon.com; harrisonmacris@gmail.com; brad@princetoncarbon.com; bwerntz@gmail.com; Platner, Michael |
| **Cc:** | Luke T. Jacobs; Victoria Max; Service of Court Documents |
| **Subject:** | SETTLEMENT COMMUNICATION - P. Daniels/M. Crotty, H. Macris, B. Werntz, Princeton Carbon Works, Inc., Princeton CarbonWorks, Inc. |
| **Attachments:** | 2025-01-07.W&D Settlement Communication re Princeton Carbon Works.pdf<br>2025-01-07.Complaint and Jury Demand - Settlement Communication.pdf |

Good afternoon all,

Please see attached correspondence and attachment regarding the above-referenced subject.

Regards

# WEISSMAN & DERVISHI PA
ATTORNEYS AT LAW

ONE SOUTHEAST THIRD AVENUE
SUITE 1700
MIAMI, FLORIDA 33131
TEL (305) 347-4070

January 7, 2025

Martin M. Crotty
383 Herrontown Rd
Princeton, NJ 08540
*Via E-mail mcrotty@princetoncarbon.com; martycrotty@gmail.com; mmcrotty@princeton.edu and Federal Express # 7712 6474 1269*

Harrison Macris
8 Summit St
Mystic, CT 06355
*Via E-Mail harrison@princetoncarbon.com; harrisonmacris@gmail.com and Federal Express # 7712 6483 3344*

Bradley Werntz
775 Major Potter Rd
East Greenwich, RI 02818
*Via E-mail brad@princetoncarbon.com; bwerntz@gmail.com and Federal Express # 7712 6495 0420*

Princeton Carbon Works, Inc. and Princeton CarbonWorks, Inc.
c/o Michael G. Platner, Esq.
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
*Via E-mail Michael.Platner@lewisbrisbois.com and Federal Express # 7712 7077 5906*

    Re: **SETTLEMENT COMMUNICATION**: *Paul Daniels v. Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbon Works, Inc., and Princeton CarbonWorks, Inc.*

Dear Messrs. Crotty, Macris, Werntz and Platner:

  This law firm represents Paul Daniels regarding his interest in Princeton Carbon Works, Inc., and its merger with Princeton CarbonWorks, Inc.

  I have engaged in discussions on behalf of Mr. Daniels with Mr. Platner as counsel for Princeton CarbonWorks, Inc. In response to Mr. Platner's January 3, 2025 e-mail, Mr. Daniels has authorized this last effort to enter into a good faith negotiation for the sale of his shares in Princeton

Princeton Carbon Works, Inc., et al.
January 7, 2025
Page 2

Carbon Works, Inc. to the fellow shareholders, directors, the company or to the Delaware entity they have established.

 We agree with Mr. Platner's statement in his e-mail that litigation is among the least effective way to resolve a business dispute. However, for there to be a good faith negotiation, there must be full disclosure by Princeton Carbon Works by making available to Mr. Daniels, subject to reasonable confidentiality restrictions, the following: Annual Sales & Revenue statements for 2022 and 2023, and Monthly Sales & Revenue from 2024 through the present, balance sheets and trial balance worksheets for the same period, and all records relating to stock ownership in the company, along with reasonable requests for other documentation relevant to the negotiation that must be honored.

 Full disclosure must commence as soon as possible and no later than **January 10, 2025**, at **5 p.m.**, followed by the commencement of good faith negotiations. Otherwise, we will be filing the attached Complaint and Jury Demand in the District Court for the Southern District of Florida, either upon rejection of this request or expiration of the January 10, 2025, deadline.

 We believe litigation hold obligations have already arisen on behalf of Princeton Carbon Works, the successor Delaware entity, and their directors. Our expectation is that the corporate entities and their directors, officers, and shareholders have already taken measures to preserve all documents, records, and electronically stored information in their possession, custody, or control that may relate in any way directly or indirectly, to the subject matter of the attached Complaint and Jury Demand.

 This obligation applies to documents of any sort, whether retained as a hard copy or stored electronically, in-house or offsite, including documents stored at home or on home computers or personal storage devices. The term "documents" is defined as broadly as possible to include written or electronic records of any sort (whether retained in hard copy or paper, or as electronically stored information, or stored in any medium from which information can be obtained), such as writings, drawings, graphs, charts, photographs, sound recordings, images, other data or data compilations, internal and external memoranda, personal and corporate electronic mail (e-mail) messages including all emails at @princetoncarbon.com, text messages, WhatsApp communications, and correspondence and memoranda. E-mail must be preserved in electronic format, regardless of whether hard copies of the information exist. Your duty to preserve and collect all documents relating to the subject matter applies to all documents, including those protected by a legal privilege such as the attorney-client privilege, the attorney work-product doctrine, or any other claimed privilege.

 If you and the directors have not done so, we ask that you all begin to assemble this information immediately with particular emphasis on text messages and e-mail communications.

Princeton Carbon Works, Inc., et al.
January 7, 2025
Page 3

    We sent this communication directly to Mr. Crotty, Mr. Macris, and Mr. Werntz based on our understanding that Mr. Platner only represents the corporate entity. If any of you have retained counsel, please let us know and we will direct all future communications to them.

    We appreciate a prompt response to this last request for a good faith negotiation and are hopeful that litigation can be avoided with a reasonable and fair agreement of the parties.

                                               Very truly yours,

                                               Brian S. Dervishi

BSD/
Enclosure as noted