IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL DANIELS,<br><br>　　　　Defendant. | C.A. No. 25-131-RGA |

## LOCAL RULE 81.2 STATEMENT

Plaintiff Princeton CarbonWorks, Inc. ("Plaintiff") and Defendant Paul Daniels ("Defendant"), by and through the undersigned counsel, and pursuant to District of Delaware Local Rule 81.2 hereby state as follows:

1.　　This matter was removed from the Delaware Court of Chancery on January 31, 2025.  (D.I. 1).

2.　　On February 13, 2025, Plaintiff completed service as ordered by Vice Chancellor Fioravanti.  The deadline for Defendant to move, answer, or otherwise respond to the Complaint was March 5, 2025.

3.　　On February 21, 2025, Defendant moved to dismiss the Complaint or to transfer to the United States District Court for the Southern District of Florida.  (D.I. 7).  This motion is currently pending.

Dated: February 21, 2025

| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **SMITH, KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Aimee M. Czachorowski* | */s/ Daniel A. Taylor* |
| Francis G.X. Pileggi (No. 2624) | David A. Jenkins (No. 932) |
| Aimee M. Czachorowski (No. 4670) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 700 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 985-6000 | (302) 652-8400 |
| Francis.Pileggi@LewisBrisbois.com | daj@skjlaw.com |
| Aimee.Czachorowski@LewisBrisbois.com | dtaylor@skjlaw.com |
| | |
| *Plaintiff Princeton CarbonWorks, Inc.* | *Attorneys for Defendant Paul Daniels* |