# EXHIBIT
# B

GRANTED WITH MODIFICATIONS

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 2025-0028 ) |
| PAUL DANIELS, | ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

The Court, having considered the Application for an Order Permitting Service by Publication, filed by Plaintiff Princeton CarbonWorks, Inc., ("PCW"), and having found good cause therefore,

IT IS HEREBY ORDERED this ____ day of January, 2025; that

1.    Plaintiff Princeton CarbonWorks, Inc., shall send by certified mail, return receipt requested, to defendant Paul Daniels, at his last known address, a copy of this Order and copy of the Verified Complaint for Declaratory Relief; and

2.    Plaintiff Princeton CarbonWorks, Inc. shall publish this Order at least once a week for three consecutive weeks in the following publication(s):

(a)    Philadelphia Inquirer, a newspaper circulated in southeastern Pennsylvania; and

150963095.1

(b)    Chestnut Hill Local, a newspaper circulated in Montgomery County, Pennsylvania.

_____

Vice Chancellor

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Paul A Fioravanti |
| **File & Serve Transaction ID:** | 75413359 |
| **Current Date:** | Jan 22, 2025 |
| **Case Number:** | 2025-0028-PAF |
| **Case Name:** | Princeton Carbonworks, Inc. v. Paul Daniels |
| **Court Authorizer:** | Paul A Fioravanti Jr |

**Court Authorizer Comments:**

Nothing herein shall preclude defendant from challenging jurisdiction or service of process.

**/s/ Judge Paul A Fioravanti Jr**

# EXHIBIT
# C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PRINCETON CARBONWORKS, INC.

       Plaintiff,

   v.

PAUL DANIELS,

       Defendant.

C.A. No. 25-131-RGA

### LOCAL RULE 81.2 STATEMENT

Plaintiff Princeton CarbonWorks, Inc. ("Plaintiff") and Defendant Paul Daniels ("Defendant"), by and through the undersigned counsel, and pursuant to District of Delaware Local Rule 81.2 hereby state as follows:

1.      This matter was removed from the Delaware Court of Chancery on January 31, 2025. (D.I. 1).

2.      On February 13, 2025, Plaintiff completed service as ordered by Vice Chancellor Fioravanti. The deadline for Defendant to move, answer, or otherwise respond to the Complaint was March 5, 2025.

3.      On February 21, 2025, Defendant moved to dismiss the Complaint or to transfer to the United States District Court for the Southern District of Florida. (D.I. 7). This motion is currently pending.

Dated: February 21, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Aimee M. Czachorowski
Francis G.X. Pileggi (No. 2624)
Aimee M. Czachorowski (No. 4670)
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Aimee.Czachorowski@LewisBrisbois.com

*Plaintiff Princeton CarbonWorks, Inc.*

**SMITH, KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Paul Daniels*

2

# EXHIBIT
# D

## Czachorowski, Aimee

| | |
|---|---|
| **From:** | Daniel A. Taylor <DAT@skjlaw.com> |
| **Sent:** | Thursday, February 20, 2025 6:14 PM |
| **To:** | Czachorowski, Aimee; David Jenkins |
| **Cc:** | Pileggi, Francis |
| **Subject:** | RE: Princeton CarbonWorks v. Daniels C.A. 1:25-cv-00131-RGA |

EXTERNAL

Hi Aimee,

Thanks for the time on the phone this evening. To summarize our discussion:

1) Mr. Daniels agrees that service is effective as of the third date of publication in the Philadelphia Inquirer, which was Thursday 2/13.
2) The parties are in agreement that the deadline to move, answer or otherwise respond to the Complaint is 20 days from 2/13.
3) We briefly discussed the possibility of whether or not Plaintiff would consent under 28 U.S.C. § 1404(b) to transfer the Delaware matter to the Southern District of Florida where the other matter is pending.

Daniel

**Daniel Taylor | Registered Patent Attorney**
Smith, Katzenstein & Jenkins LLP | The Brandywine Building
1000 West Street, Suite 1501 | P.O. Box 410
Wilmington, DE 19899
Direct: 302 504 1681
Main: 302 652 8400
dtaylor@skjlaw.com | www.skjlaw.com

**From:** Czachorowski, Aimee <Aimee.Czachorowski@lewisbrisbois.com>
**Sent:** Thursday, February 20, 2025 12:54 PM
**To:** David Jenkins <DAJ@skjlaw.com>; Daniel A. Taylor <DAT@skjlaw.com>
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Subject:** RE: Princeton CarbonWorks v. Daniels C.A. 1:25-cv-00131-RGA

EXTERNAL EMAIL

Daniel,

I have not yet heard back from you and wanted to follow up on the below email. I also wanted to let you know that our position is that, because the last publication date was February 13, 2025, Mr. Daniels' response date would be 20 days from February 13. If you'd like to discuss it with me, I'm happy to do so.

Aimee

**LEWIS BRISBOIS**

**Aimee M. Czachorowski**
**Partner**
Aimee.Czachorowski@lewisbrisbois.com

**T: 302.985.6011 F: 302.985.6001**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations·nationwide.**

**Mansfield Rule**
**Certified Plus 2023-2024**
DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Czachorowski, Aimee <Aimee.Czachorowski@lewisbrisbois.com>
**Sent:** Wednesday, February 19, 2025 11:41 AM
**To:** David Jenkins <DAJ@skjlaw.com>; dtaylor@skjlaw.com
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Subject:** RE: Princeton CarbonWorks v. Daniels C.A. 1:25-cv-00131-RGA

Daniel,

It was nice to speak with you just now about whether you can confirm our understanding that formal service of process in the federal court is unnecessary. I understand you will need to speak with your team, but if you could please let me know by tomorrow whether you agree, I would appreciate it. Thank you!

Aimee

**From:** Czachorowski, Aimee <Aimee.Czachorowski@lewisbrisbois.com>
**Sent:** Thursday, February 13, 2025 12:02 PM
**To:** David Jenkins <DAJ@skjlaw.com>; dat@sjklaw.com
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Subject:** Princeton CarbonWorks v. Daniels C.A. 1:25-cv-00131-RGA

David and Daniel,

All methods of service authorized by Vice Chancellor Fioravanti's January 22, 2025, Order Permitting Service by Publication in the Chancery Court matter have been completed as of today, February 13, 2025. As such, we do not believe that formal service of process must be initiated in the federal court due to your removal of the case to the District of Delaware from the Court of Chancery.

Without waiving the position that it is not necessary for Plaintiff to pursue formal service of process in the federal court, we write to determine whether you will agree to a waiver of service of process pursuant to Federal Rule of Civil Procedure 4(d) – of course without waiving any substantive arguments you should wish to make.

2

Pursuant to Rule 4(d), we attach a copy of the complaint, a copy of the waiver form, and a notice explaining the consequences under Rule 4(d)(2) of not waiving service and under 4(d)(3) and (4) if you waive service. FRCP Rule 4(d)(1)(F) requires us to provide 30 days from February 13, 2025, the date of this request, for you to return the waiver.

Please let me know by noon tomorrow, Friday, February 14, what your position is in response to this email. Please do not hesitate to contact me should you wish to discuss this further.

Aimee

**Aimee M. Czachorowski**
**Partner**
Wilmington
302.985.6011 or x3026011

# EXHIBIT
# E

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:25-cv-20137-DPG

| | |
|---|---|
| Daniels v. Crotty et al | Date Filed: 01/09/2025 |
| Assigned to: Judge Darrin P. Gayles | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Fiduciary Duty | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Diversity |

**Plaintiff**

**Paul Daniels**                                    represented by **Luke Thomas Jacobs**
Weissman & Dervishi P.A.
1 SE 3rd Ave #1700
Suite 1700
Miami, FL 33131
305-347-4070
Email: ljacobs@wdpalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Max**
Weissman & Dervishi P.A.
One SE Third Avenue, Suite 1700
Miami, FL 33131
305-347-4070
Email: victoriamax@wdpalaw.com
*ATTORNEY TO BE NOTICED*

**Brian S. Dervishi**
Weissman and Dervishi, P.A
1 Se 3rd Avenue
Suite 1700
Miami, FL 33131-1714
305-793-1581
Email: bdervishi@wdpalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Martin Crotty**                                    represented by **Kenneth Joseph Joyce**
Lewis Brisbois Bisgaard & Smith, LLP
110 se 6th Street
Suite 2600
Fort Lauderdale, FL 33301
954-728-1280
Fax: 954-728-1282
Email: Ken.Joyce@lewisbrisbois.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Diego Elias**
Lewis, Brisbois, Bisgaard, , Smith, LLP
110 SE 6th St #2600
Fort Lauderdale, FL 33301
9542741254
Email: diego.elias@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Elizabeth R Brusa**
Lewis Brisbois Bisgaard & Smith LLP
401 E. Jackson Street
Suite 3400
Tampa, FL 33602
813-739-1900
Email: elizabeth.brusa@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Stacy Michelle Schwartz**
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street
Suite 2600
Ft. Lauderdale, FL 33301
954-728-1280
Fax: 954-728-1282
Email: stacy.schwartz@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Harrison Macris**                    represented by **Kenneth Joseph Joyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diego Elias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth R Brusa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy Michelle Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Bradley Werntz**                    represented by **Kenneth Joseph Joyce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diego Elias**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth R Brusa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy Michelle Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Princeton Carbon Works Inc.**                represented by    **Kenneth Joseph Joyce**
*a Florida corporation*                                          (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Diego Elias**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Princeton CarbonWorks, Inc.**                represented by    **Kenneth Joseph Joyce**
*a Delaware corporation*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Diego Elias**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Elizabeth R Brusa**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stacy Michelle Schwartz**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2025 | 1 | COMPLAINT *AND JURY DEMAND* against All Defendants. Filing fees $ 405.00 receipt number AFLSDC-18106349, filed by Paul Daniels. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit)(Dervishi, Brian) (Entered: 01/09/2025) |
| 01/09/2025 | 2 | Clerks Notice of Judge Assignment to Judge Darrin P. Gayles. <br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. <br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of |

| | | Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 01/10/2025) |
|---|---|---|
| 01/10/2025 | 3 | Summons Issued as to Martin Crotty, Harrison Macris, Princeton Carbon Works Inc., Princeton Carbonworks, Inc., Bradley Werntz. (amb) (Entered: 01/10/2025) |
| 01/13/2025 | 4 | Bar Letter re: Admissions sent to attorney Victoria Max, mailing date January 13, 2025 (nwn) (Entered: 01/13/2025) |
| 01/17/2025 | 5 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Paul Daniels. Martin Crotty served on 1/14/2025, response/answer due 2/4/2025. (Dervishi, Brian) (Entered: 01/17/2025) |
| 01/17/2025 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Paul Daniels. Harrison Macris served on 1/11/2025, response/answer due 2/3/2025. (Dervishi, Brian) (Entered: 01/17/2025) |
| 01/17/2025 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Paul Daniels. Bradley Werntz served on 1/10/2025, response/answer due 1/31/2025. (Dervishi, Brian) (Entered: 01/17/2025) |
| 01/21/2025 | 8 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position.** If conflicts of position exist, parties shall explain the conflicts in their separate motions. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles on 1/21/2025. (aci) (Entered: 01/21/2025) |
| 01/22/2025 | 9 | NOTICE of Admission of Victoria Max to the Southern District of Florida Bar by Brian S. Dervishi on behalf of Paul Daniels (Attachments: # 1 Exhibit Clerk Certificate) (Dervishi, Brian) Modified Text on 1/23/2025 (ls). (Entered: 01/22/2025) |
| 01/22/2025 | 10 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Paul Daniels. Princeton Carbonworks, Inc. served on 1/14/2025, response/answer due 2/4/2025. (Dervishi, Brian) (Entered: 01/22/2025) |
| 01/31/2025 | 11 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Paul Daniels. Princeton Carbon Works Inc. served on 1/29/2025, response/answer due 2/19/2025. (Dervishi, Brian) (Entered: 01/31/2025) |
| 01/31/2025 | 12 | Corporate Disclosure Statement by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbon Works Inc., Princeton Carbonworks, Inc. (Joyce, Kenneth) (Entered: 01/31/2025) |
| 01/31/2025 | 13 | MOTION to Dismiss 1 Complaint by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbon Works Inc., Princeton Carbonworks, Inc.. Responses due by 2/14/2025. (Attachments: # 1 Declaration of Martin Crotty, # 2 Exhibit A to Declaration of Martin Crotty, # 3 Declaration of Harrison Macris, # 4 A to Declaration of Harrison Macris, # 5 Declaration of Bradley Werntz)(Joyce, Kenneth) (Entered: 01/31/2025) |
| 01/31/2025 | 14 | MOTION to Drop Improper Party Princeton Carbon Works Inc. Pursuant to Rule 21 re 1 Complaint by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbon Works Inc., Princeton Carbonworks, Inc.. (Joyce, Kenneth) Modified text on 2/3/2025 (scn). (Entered: 01/31/2025) |

| 02/03/2025 | 15 | PAPERLESS ORDER REQUIRING JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER. Pursuant to S.D. Fla. Local Rule 16.1, on or before **February 24, 2025**, the parties shall prepare and file a Joint Scheduling Report, as well as Certificates of Interested Parties and Corporate Disclosure Statements.<br><br>The parties shall also file a Proposed Scheduling Order, adhering to the format and guidance of the attached form. If the parties deviate in any way from that format and guidance, they **shall** contemporaneously submit a written explanation, which provides their purported justification for each and every deviation. *If the parties fail to submit such written explanation, the Court may enter a Scheduling Order that does not take into account the parties' proposed dates.*<br><br>Failure to comply with this Order shall be grounds for dismissal without prejudice and without further notice. Signed by Judge Darrin P. Gayles on 2/3/2025. (aci) (Entered: 02/03/2025) |
| 02/05/2025 | 16 | NOTICE of Attorney Appearance by Stacy Michelle Schwartz on behalf of Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbonworks, Inc.. Attorney Stacy Michelle Schwartz added to party Martin Crotty(pty:dft), Attorney Stacy Michelle Schwartz added to party Harrison Macris(pty:dft), Attorney Stacy Michelle Schwartz added to party Bradley Werntz(pty:dft), Attorney Stacy Michelle Schwartz added to party Princeton Carbonworks, Inc.(pty:dft). (Schwartz, Stacy) (Entered: 02/05/2025) |
| 02/05/2025 | 17 | NOTICE of Attorney Appearance by Elizabeth R Brusa on behalf of Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbonworks, Inc.. Attorney Elizabeth R Brusa added to party Martin Crotty(pty:dft), Attorney Elizabeth R Brusa added to party Harrison Macris(pty:dft), Attorney Elizabeth R Brusa added to party Bradley Werntz(pty:dft), Attorney Elizabeth R Brusa added to party Princeton Carbonworks, Inc. (pty:dft). (Brusa, Elizabeth) (Entered: 02/05/2025) |
| 02/05/2025 | 18 | NOTICE of Attorney Appearance by Diego Elias Rusz on behalf of Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbon Works Inc., Princeton Carbonworks, Inc.. Attorney Diego Elias Rusz added to party Martin Crotty(pty:dft), Attorney Diego Elias Rusz added to party Harrison Macris(pty:dft), Attorney Diego Elias Rusz added to party Bradley Werntz(pty:dft), Attorney Diego Elias Rusz added to party Princeton Carbon Works Inc.(pty:dft), Attorney Diego Elias Rusz added to party Princeton Carbonworks, Inc.(pty:dft). (Elias Rusz, Diego) (Entered: 02/05/2025) |
| 02/05/2025 | 19 | MOTION to Stay by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton Carbonworks, Inc.. Responses due by 2/19/2025. (Attachments: # 1 Exhibit 1)(Schwartz, Stacy) (Entered: 02/05/2025) |
| 02/06/2025 | 20 | NOTICE of Change of Address/Contact Information; Name Change. by Diego Elias (Elias, Diego) (Entered: 02/06/2025) |
| 02/11/2025 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 14 MOTION Motion to Drop Improper Party Princeton Carbon Works Inc. Pursuant to Rule 21 re 1 Complaint , 13 MOTION to Dismiss 1 Complaint by Paul Daniels. (Dervishi, Brian) (Entered: 02/11/2025) |
| 02/11/2025 | 22 | PAPERLESS ORDER granting 21 Plaintiff's Unopposed Motion for Extension of Time to File a Response to Defendants' Joint Motion to Dismiss and to Drop Improper Party (the "Joint Motion"). On or before February 24, 2024, the Plaintiff shall file a Response to the Defendants' Joint Motion. Signed by Judge Darrin P. Gayles on 2/11/2025. (aci) (Entered: 02/11/2025) |

| 02/11/2025 | | Reset Deadlines as to <u>13</u> MOTION to Dismiss <u>1</u> Complaint , <u>14</u> MOTION to Drop Improper Party Princeton Carbon Works Inc. Pursuant to Rule 21 re <u>1</u> Complaint . Responses due by 2/24/2024. (ls)(per DE #22) (Entered: 02/12/2025) |
|---|---|---|
| 02/19/2025 | <u>23</u> | RESPONSE in Opposition re <u>19</u> MOTION to Stay filed by Paul Daniels. Replies due by 2/26/2025. (Dervishi, Brian) (Entered: 02/19/2025) |
| 02/21/2025 | <u>24</u> | Defendant's REPLY in Support of Motion re <u>19</u> MOTION to Stay . *Rule 16, Rule 26 Obligations and Merits Based Discovery Pending Resolution of Their Motion to Dismiss* filed by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc.. (Joyce, Kenneth) (Entered: 02/21/2025) |
| 02/24/2025 | <u>25</u> | Joint SCHEDULING REPORT - **Rule 16.1** by Paul Daniels, Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc. (Dervishi, Brian) (Entered: 02/24/2025) |
| 02/24/2025 | <u>26</u> | Joint NOTICE *of Consent* by Paul Daniels, Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc. (Dervishi, Brian) (Entered: 02/24/2025) |
| 02/24/2025 | <u>27</u> | Statement of: *Disclosure* by Paul Daniels (Dervishi, Brian) (Entered: 02/24/2025) |
| 02/24/2025 | <u>28</u> | Second MOTION for Extension of Time to File Response/Reply/Answer as to <u>14</u> MOTION Motion to Drop Improper Party Princeton Carbon Works Inc. Pursuant to Rule 21 re <u>1</u> Complaint , <u>13</u> MOTION to Dismiss <u>1</u> Complaint by Paul Daniels. (Attachments: # <u>1</u> Text of Proposed Order Proposed order)(Dervishi, Brian) (Entered: 02/24/2025) |
| 02/25/2025 | 29 | Clerk's Notice to Filer re <u>26</u> Notice (Other). **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The correct event is Consent to Jurisdiction by US Magistrate Judge. ; CORRECTIVE ACTION REQUIRED WITHIN 3 DAYS - Filer must refile the document using the correct event. (ls) (Entered: 02/25/2025) |
| 02/25/2025 | <u>30</u> | Joint Notice and Consent to Jurisdiction US Magistrate Judge signed by all parties *for Discovery Motions.* Filed by Paul Daniels, Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc. (Dervishi, Brian) (Entered: 02/25/2025) |
| 02/26/2025 | <u>31</u> | MOTION for Judicial Notice in Opposition re <u>13</u> MOTION to Dismiss <u>1</u> Complaint by Paul Daniels. (Attachments: # <u>1</u> Exhibit Certificate of Interested Persons, # <u>2</u> Exhibit Motion to Transfer, # <u>3</u> Exhibit Response to Motion to Transfer, # <u>4</u> Exhibit Order Denying Motion to Transfer)(Dervishi, Brian) (Entered: 02/26/2025) |
| 02/26/2025 | <u>32</u> | RESPONSE in Opposition re <u>13</u> MOTION to Dismiss <u>1</u> Complaint filed by Paul Daniels. Replies due by 3/5/2025. (Attachments: # <u>1</u> Exhibit Corporate By-Laws, # <u>2</u> Exhibit Parallel Motion to Dismiss)(Dervishi, Brian) (Entered: 02/26/2025) |
| 02/26/2025 | <u>33</u> | AFFIDAVIT signed by: Brian S. Dervishi re <u>32</u> Response in Opposition to Motion by Paul Daniels (Attachments: # <u>1</u> Exhibit Letter to PCW, # <u>2</u> Exhibit Letter from PCW, # <u>3</u> Exhibit E-mail from PCW, # <u>4</u> Exhibit Letter to PCW)(Dervishi, Brian) (Entered: 02/26/2025) |
| 02/26/2025 | <u>34</u> | RESPONSE in Opposition re <u>14</u> MOTION Motion to Drop Improper Party Princeton Carbon Works Inc. Pursuant to Rule 21 re <u>1</u> Complaint filed by Paul Daniels. Replies due by 3/5/2025. (Dervishi, Brian) (Entered: 02/26/2025) |
| 02/27/2025 | 35 | PAPERLESS ORDER Setting Hearing on Motion to Stay <u>19</u> . The hearing shall take place on March 14, 2025, at 10:00 AM in the Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. Signed by Judge Darrin P. Gayles on 2/27/2025. (skz) (Entered: 02/27/2025) |

| 02/28/2025 | 36 | Unopposed MOTION to Seal *Portion of Declaration of Brian S. Dervishi* per Local Rule 5.4 by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc.. (Elias, Diego) (Entered: 02/28/2025) |
| 03/04/2025 | 37 | MOTION for Extension of Time to File Response/Reply/Answer as to 32 Response in Opposition to Motion, 34 Response in Opposition to Motion *to Dismiss and Motion to Drop Improper Party* by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc.. (Attachments: # 1 Text of Proposed Order)(Elias, Diego) (Entered: 03/04/2025) |
| 03/04/2025 | 38 | Paperless Order granting the 28 Plaintiff's Second Unopposed Motion for Extension of time to File Responses to Defendants' Joint Motions to Dismiss and to Drop Improper Party. Signed by Judge Darrin P. Gayles on 3/4/2025. (skz) (Entered: 03/04/2025) |
| 03/04/2025 | 39 | PAPERLESS ORDER granting the Defendants' 37 Motion for Extension of Time to File Replies in Support of Motion to Dismiss 32 , Replies in Support of Motion to Drop Improper Party 34 , and Response to Plaintiff's Motion for Judicial Notice 31 . On or before March 18, 2025, Defendants shall file their responsive pleadings. Signed by Judge Darrin P. Gayles on 3/4/2025. (skz) (Entered: 03/04/2025) |
| 03/05/2025 | 40 | NOTICE *of Filing Proposed Order* by Martin Crotty, Harrison Macris, Bradley Werntz, Princeton CarbonWorks, Inc. re 36 Unopposed MOTION to Seal *Portion of Declaration of Brian S. Dervishi* per Local Rule 5.4 (Attachments: # 1 Text of Proposed Order) (Elias, Diego) (Entered: 03/05/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/06/2025 11:19:41 | | |
| **PACER Login:** | stacyschwartz | **Client Code:** | 031253.000111 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-20137-DPG |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |