**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of March, 2025, a copy of the foregoing **First Amended and Supplemental Complaint for Declaratory Relief with Exhibits** was served via CM/ECF, to the following counsel of record:

David A. Jenkins
Daniel Taylor
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

                                                */s/ Aimee M. Czachorowski*
                                                Del. Bar No. 4670