**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PRINCETON CARBONWORKS, INC.

          Plaintiff,

     v.

PAUL DANIELS,

          Defendant.

C.A. No. 25-131-RGA

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on February 21, 2025, Defendant Paul Daniels ("Defendant") moved to dismiss the Complaint for lack of personal jurisdiction and, alternatively, to transfer this action to the United States District Court for the Southern District of Florida, (D.I. 7; D.I. 8; D.I. 9);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), on March 7, 2025, Plaintiff Princeton CarbonWorks, Inc. ("Plaintiff") filed a First Amended Complaint, (D.I. 11);

WHEREAS, pursuant to Rule 15(a)(3), the deadline for Defendant to respond to the First Amended Complaint is March 21, 2025;

WHEREAS, the filing of the First Amended Complaint rendered the pending motion to dismiss moot but did not dispose of the motion to transfer;

WHEREAS, the parties wish to present the Court with a single set of briefs citing to the First Amended Complaint; and

WHEREAS, in order to facilitate a single set of briefs timed in conjunction with Defendant's response to the First Amended Complaint, Defendant has agreed to voluntarily dismiss without prejudice the motion to transfer;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that Defendant's Motion to Transfer (D.I. 7) is

hereby dismissed without prejudice to renew in conjunction with Defendant's response to the

First Amended Complaint, with any papers to be filed in accordance with the Federal Rules of

Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District

Court for the District of Delaware.

Dated: March 14, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Aimee M. Czachorowski*
Francis G.X. Pileggi (No. 2624)
Aimee M. Czachorowski (No. 4670)
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Aimee.Czachorowski@LewisBrisbois.com

*Attorneys for Plaintiff Princeton CarbonWorks, Inc.*

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Paul Daniels*

IT IS SO ORDERED, this _____ day of March 2025.

_____
The Honorable Richard G. Andrews
Senior United States District Judge