IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>PAUL DANIELS,<br><br>    Defendant. | C.A. No. 25-131-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION TO DISMISS OR TO TRANSFER**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 28 U.S.C. § 1404(a), Defendant Paul Daniels ("Defendant" or "Mr. Daniels") respectfully moves to dismiss with prejudice Plaintiff Princeton CarbonWorks, Inc.'s First Amended Complaint (D.I. 11) on the basis that the court lacks personal jurisdiction over Mr. Daniels. Alternatively, Mr. Daniels respectfully moves to transfer this action to the United States District Court for the Southern District of Florida.[1] The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

Dated: March 21, 2025

*Of Counsel*:

WEISSMAN & DERVISHI, P.A.
Brian S. Dervishi
One SE Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070
bdervishi@wdpalaw.com

**SMITH KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendant Paul Daniels*

---

[1] Pursuant to LR 7.1.1, the undersigned counsel certifies that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion to transfer.