## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC. <br><br> Plaintiff, <br><br> v. <br><br> PAUL DANIELS, <br><br> Defendant. | C.A. No. 25-131-RGA |

### [PROPOSED] ORDER

At Wilmington, on this ___ day of _____, 2025;

The Court having considered the briefing on Defendant's Motion to Dismiss or to Transfer;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1. The First Amended Complaint (D.I. 11) is dismissed for lack of personal jurisdiction over Mr. Daniels; or

2. The Clerk of Court is hereby directed to transfer this matter, pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of Florida.

_____
The Honorable Richard G. Andrews
Senior United States District Judge