IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL DANIELS,<br><br>　　　　Defendant. | C.A. No. 25-131-RGA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Defendant, Mr. Paul Daniels ("Mr. Daniels") respectfully requests oral argument on the pending Motion to Dismiss or to Transfer. (D.I. 14). This motion was fully briefed on April 11, 2025, with the time to request oral argument under Local Rule 7.1.4 expiring on April 18. Since this request is beyond the time limit permitted by the Local Rules, pursuant to Local Rule 7.1.1, counsel for Mr. Daniels has conferred with Counsel for Plaintiff, and Plaintiff opposes the request.

Dated: May 21, 2025

*Of Counsel*:

WEISSMAN & DERVISHI, P.A.
Brian S. Dervishi
One SE Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070
bdervishi@wdpalaw.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
David A. Jenkins (No. 932)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendant Paul Daniels*