## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON CARBONWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL DANIELS, <br><br> Defendant. | Case No. 25-00131-RGA <br><br> **JURY TRIAL DEMANDED** |

### OPPOSITION TO DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Plaintiff, Princeton CarbonWorks, Inc. ("PCW") opposes Defendant Paul Daniels' request for oral argument on his pending Motion to Dismiss or Transfer. (D.I. 18). Mr. Daniels filed his Motion to Dismiss on February 21, 2025. (D.I. 7).

He did not request oral argument by the deadline required in Local Rule 7.1.4. He missed it by more than one month.

PCW does not believe that oral argument on the pending motion to dismiss is necessary, and that the motion can be resolved on the pleadings submitted.

| | |
|---|---|
| May 23, 2025 | **LEWIS BRISBOIS** <br> **BISGAARD & SMITH, LLP** <br><br> _/s/ Aimee M. Czachorowski_ <br> Francis G.X. Pileggi (No. 2624) <br> Aimee M. Czachorowski (No. 4670) <br> 500 Delaware Avenue, Suite 700 <br> Wilmington, DE 19801 <br> (302) 985-6000 <br> francis.pileggi@lewisbrisbois.com <br> aimee.czachorowski@lewisbrisbois.com <br><br> *Counsel to Princeton CarbonWorks, Inc.* |