IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCETON CARBONWORKS, INC.

    *Plaintiff*,

          v.                              No. 25-cv-00131-SB

PAUL DANIELS,

    *Defendant*.

## Order

I **DENY** Daniels's request for oral argument [D.I. 18] on his motion to dismiss for lack of personal jurisdiction [D.I. 14], which was filed over a month after the deadline for making such a request under Local Rule 7.1.4.

Dated: September 17, 2025

                                                                     UNITED STATES CIRCUIT JUDGE