IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRINCETON CARBONWORKS, INC.

    *Plaintiff*,

        v.                        No. 25-cv-00131-SB

PAUL DANIELS,

    *Defendant*.

## ORDER

1. I **GRANT** Daniels's motion to dismiss for lack of personal jurisdiction [D.I. 14] without prejudice.

2. I **DENY** Daniels's motion to transfer the case to the Southern District of Florida.

Dated: September 17, 2025

_____
UNITED STATES CIRCUIT JUDGE